Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

May 8, 2024
Ravi Subramanian, Clerk
By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff

    v.

1. HECTOR DURAN ALDACO,
2. DAMIAN PINA-RAYMUNDO,
3. DANIEL MORENO,
4. ROGELIO PENA,
5. DAVID PADILLA,
6. ALEX ORTIZ,
7. NELDIN LICONA RIVERA,
8. ALEXANDER KEMP,
9. BRYAN GONZALEZ GUTIERREZ, and
10. SEBASTIAN ROJAS,

    Defendants.

NO. CR24-079 KKE

INDICTMENT

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least May 8, 2024, in King County, within the Western District of Washington, and elsewhere, HECTOR DURAN

Indictment - 1
*United States v. Duran Aldaco et al.*
USAO No. 2023R00323

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ALDACO, DAMIAN PINA-RAYMUNDO, DANIEL MORENO, ROGELIO PENA, DAVID PADILLA, ALEX ORTIZ, NELDIN LICONA RIVERA, ALEXANDER KEMP, BRYAN GONZALEZ GUTIERREZ, and SEBASTIAN ROJAS, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: methamphetamine, cocaine, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl)], and alprazolam, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that with respect to HECTOR DURAN ALDACO, DANIEL MORENO, ROGELIO PENA, and SEBASTIAN ROJAS, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

The Grand Jury further alleges that with respect to HECTOR DURAN ALDACO, DAMIAN PINA-RAYMUNDO, ROGELIO PENA, DAVID PADILLA, NELDIN LICONA RIVERA, and SEBASTIAN ROJAS, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 400 grams or more of a mixture and substance containing a detectable amount of Fentanyl, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

The Grand Jury further alleges that with respect to HECTOR DURAN ALDACO and DAVID PADILLA, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 5 kilograms or more of a mixture and substance containing

Indictment - 2
United States v. Duran Aldaco et al.
USAO No. 2023R00323

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

...

a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

The Grand Jury further alleges that with respect to ALEXANDER KEMP, his conduct as a member of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 5 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(b)(1)(B).

The Grand Jury further alleges that with respect to DAMIAN PINA-RAYMUNDO, DANIEL MORENO, NELDIN LICONA RIVERA, and BRYAN GONZALEZ GUTIERREZ, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers., in violation of Title 21, United States Code, Sections 841(b)(1)(B).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

## COUNT 2

**(Possession of Controlled Substances with Intent to Distribute)**

On or about February 27, 2024, in King County, within the Western District of Washington, HECTOR DURAN ALDACO and BRYAN GONZALEZ GUTIERREZ, and others known and unknown, did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, a controlled substance, including: cocaine, a substance controlled under Title 21, United States Code.

Indictment - 3
*United States v. Duran Aldaco et al.*
USAO No. 2023R00323

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 3

**(Using a Firearm During and in Relation to a Drug Trafficking Crime)**

On or about March 1, 2024, in King County, within the Western District of Washington, HECTOR DURAN ALDACO knowingly used a firearm, that is: one Draco firearm, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Conspiracy to Distribute Controlled Substances*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4

**(Possession of Controlled Substances with Intent to Distribute)**

On or about March 28, 2024, in King County, within the Western District of Washington, HECTOR DURAN ALDACO and DANIEL MORENO did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, controlled substances, including: methamphetamine and cocaine, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

Indictment - 4
*United States v. Duran Aldaco et al.*
USAO No. 2023R00323

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, HECTOR DURAN ALDACO, DAMIAN PINA-RAYMUNDO, DANIEL MORENO, ROGELIO PENA, DAVID PADILLA, ALEX ORTIZ, NELDIN LICONA RIVERA, ALEXANDER KEMP, BRYAN GONZALEZ GUTIERREZ, and SEBASTIAN ROJAS shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to:

   a. approximately $785.00 in United States currency;
   b. approximately $535.00 in United States currency;
   c. one Smith and Wesson M&P 9 Shield 9mm pistol;
   d. one FN 503 9mm pistol;
   e. one black S.C. Nova Grup AK9 9mm Pistol;
   f. one tan and black Diamond Back Arms DB-15 5.56 Caliber Pistol;
   g. any associated magazines; and
   h. any associated ammunition.

Indictment - 5
*United States v. Duran Aldaco et al.*
USAO No. 2023R00323

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Upon conviction of the offense alleged in Count 2, HECTOR DURAN ALDACO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense. This property includes, but is not limited to:

   a. one black S.C. Nova Grup AK9 9mm Pistol;
   b. one tan and black Diamond Back Arms DB-15 5.56 Caliber Pistol;
   c. any associated magazines; and
   d. any associated ammunition.

Upon conviction of the offense alleged in Count 4, HECTOR DURAN ALDACO and DANIEL MORENO shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to:

   a. one Smith and Wesson M&P 9 Shield 9mm pistol;
   b. one FN 503 9mm pistol;
   c. one black S.C. Nova Grup AK9 9mm Pistol;
   d. one tan and black Diamond Back Arms DB-15 5.56 Caliber Pistol;
   e. any associated magazines; and
   f. any associated ammunition.

//
//
//

Indictment - 6
*United States v. Duran Aldaco et al.*
USAO No. 2023R00323

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | | **Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants, |
| 2 | | |
| 3 | a. | cannot be located upon the exercise of due diligence; |
| 4 | b. | has been transferred or sold to, or deposited with, a third party; |
| 5 | c. | has been placed beyond the jurisdiction of the Court; |
| 6 | d. | has been substantially diminished in value; or |
| 7 | e. | has been commingled with other property which cannot be divided |
| 8 | | without difficulty, |

it is the intent of the United States to seek the forfeiture of any other property of the defendants, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 5/8/24

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
CASEY S. CONZATTI
ELYNE M. VAUGHT
Assistant United States Attorneys

Indictment - 7
United States v. Duran Aldaco et al.
USAO No. 2023R00323

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970