UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br>  v.<br><br>ALEX ORTIZ,<br><br>                    Defendant(s). | CASE NO. CR24-0079-KKE-6<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL |

      Defendant Alex Ortiz filed a motion for permission to travel outside the district, and the Government does not oppose this motion. Dkt. No. 219. Ortiz's motion indicates that United States Probation has no objection to the travel request, but the proposed order Ortiz filed along with the motion refers to Ortiz's travel request as having been "denied by the United States Probation Office[.]" *Compare* Dkt. No. 219 *with* Dkt. No. 219-1. Due to the lack of clarity in Ortiz's filings as to Probation's position on the request for permission, the Court DENIES the motion (Dkt. No. 219) without prejudice to re-filing with clarification.

      Dated this 29th day of May, 2025.

                                                    Kymberly K. Evanson
                                                   United States District Judge