UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff(s),<br>　　v.<br>ALEX ORTIZ,<br><br>　　　　　　　　Defendant(s). | CASE NO. CR24-0079-KKE-6<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION TO TRAVEL |

Defendant Alex Ortiz filed a supplemental unopposed motion for permission to travel outside the district, explaining that his request is not opposed by the Government or by United States Probation. Dkt. No. 221. The Court GRANTS the motion and ORDERS that Ortiz is permitted to travel to Chelan, Washington, from June 6, 2025, until his return on June 8, 2025.

Dated this 29th day of May, 2025.

　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION TO TRAVEL - 1