UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR24-0079-KKE-6 |
|---|---|
| Plaintiff(s), | ORDER GRANTING UNOPPOSED MOTION TO SEAL |
| v. | |
| ALEX ORTIZ, | |
| Defendant(s). | |

The Government filed a motion to seal an exhibit submitted along with its sentencing memorandum. Dkt. No. 296. No opposition was filed. The Court GRANTS the motion and ORDERS that Exhibit A (Dkt. No. 297) shall remain sealed, in accordance with 18 U.S.C. § 2517.

Dated this 29th day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO SEAL - 1