UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff(s),<br>  v.<br><br>ALEX ORTIZ,<br><br>                Defendant(s). | CASE NO. CR24-0079-KKE-6<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND REPORT DATE |

Defendant filed an unopposed motion to extend the deadline for him to report to the Bureau of Prisons, to allow him to continue with his chemical dependency treatment and spend time with his extended family during the holidays. Dkt. No. 324.

Finding good cause to do so, the Court GRANTS the motion. Defendant shall be provided with a new report date to commence serving the sentence imposed in the Judgment and Sentence in this matter (Dkt. No. 302), no earlier than January 14, 2026.

Dated this 28th day of October, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO EXTEND REPORT DATE - 1