The Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>5. DAVID PADILLA,<br>6. ALEX ORTIZ,<br><br>Defendants. | NO. CR24-0079-KKE<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Consolidated Motion for a Final Order of Forfeiture (the "Motion") for the following property (the "Subject Property"):

a. The following firearms and any associated ammunition and accessories, seized on or about May 14, 2024, from Defendants' residence, located at 31804 47th Avenue South, Auburn, Washington ("Defendants' Residence"):

    i.   One Colt Buntine Revolver, bearing serial number U9724;

    ii.  One Palmetto AK-47 Rifle, bearing serial number KSG2009723;

    iii. One Panzer Arms Bull Pup Shotgun, bearing serial number BP-22-00538;

    iv. One Beretta 92X pistol, bearing serial number 92X0014012;

      v.      One Smith & Wesson M&P P15 Rifle, bearing serial number DEP0485;

      vi.     One FNMI FNP9 Pistol, bearing serial number 386399689;

      vii.    One MFG BCM4 Rifle, bearing serial number A105884;

      viii.   One Glock 19 Pistol, bearing serial number BXGG266;

      ix.     Fourteen rounds of ammunition; and

      x.      Six magazines.

In its Motion, the United States also seeks a final order of forfeiture as to the currency seized on or about May 14, 2024, from Defendants' Residence, namely, $22,569 in U.S. currency that was preliminarily forfeited from Defendant David Padilla (the "Padilla Currency") and $5,920 in U.S. currency that was preliminarily forfeited from Defendant Alex Ortiz (the "Ortiz Currency").

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that a Final Order of Forfeiture is appropriate for the following reasons:

1. In the Plea Agreement that Defendant Padilla entered on May 20, 2025, he agreed to forfeit his interest in the Subject Property and the Padilla Currency, pursuant to 21 U.S.C. § 853, as proceeds of, and/or property used to commit, or facilitate his commission of, *Conspiracy to Distribute Controlled Substances*, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846 (lesser included offense of that charged in Count 1) (*see* Dkt. No. 213, ¶ 12);

2. In the Plea Agreement that Defendant Ortiz entered on June 27, 2025, he agreed to forfeit his interest in the Subject Property and the Ortiz Currency, pursuant to 21 U.S.C. § 853, as proceeds of, and/or property used to commit, or facilitate his commission, of *Conspiracy to Distribute Controlled Substances*, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 (Count 1) (*see* Dkt. No. 254, ¶ 12);

|   |   |   |
|---|---|---|
| 3. | | On June 16, 2025, the Court entered a Preliminary Order of Forfeiture (the "Padilla POF"), finding the Subject Property and the Padilla Currency forfeitable, pursuant to 21 U.S.C. § 853, and forfeiting Defendant Padilla's interest in them (*see* Dkt. No. 243); |
| 4. | | On July 28, 2025, the Court entered a Preliminary Order of Forfeiture (the "Ortiz POF"), finding the Subject Property and the Ortiz Currency forfeitable, pursuant to 21 U.S.C. § 853, and forfeiting Defendant Ortiz's interest in them (*see* Dkt. No. 273); |
| 5. | | The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. Nos. 280, 292), and also provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of Assistant U.S. Attorney Karyn S. Johnson in Support of Consolidated Motion for a Final Order of Forfeiture, ¶¶ 2-3, Exhibits A-E); and, |
| 6. | | The time for filing third-party petitions has expired, and none were filed. |

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property, the Padilla Currency, and the Ortiz Currency exists in any party other than the United States;

2. The Subject Property, the Padilla Currency, and the Ortiz Currency is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or its representatives, are authorized to dispose of the Subject Property, the Padilla Currency, and the Ortiz Currency in accordance with the law.

IT IS SO ORDERED.

DATED this 15th day of December, 2025.

*Kymberly K. Evanson* (signature)

Kymberly K. Evanson
United States District Judge